UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 16-CV-20033-UNGARO/OTAZO REYES

KENYON E. ROBERTSON,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendants.
_____/

## PLAINTIFF'S RULE 26 (A)(1) INITIAL DISCLOSURES

COMES NOW the Plaintiff, KENYON E. ROBERTSON, by and through undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure and file this his Initial Disclosures and states as follows:

**(A) Identification of individuals likely to have discoverable information that the Plaintiff may use to support its defenses:**

At this time, and pending the ongoing investigative and discovery efforts of the Plaintiff, the Plaintiff would list the following:

1. Kenyon E. Robertson
   c/o Frederick Gunion, Jr., Esq.
   Law Offices of Robert Dixon
   5963 Biscayne Boulevard
   Miami, Florida 33137

2. Mickeda S. Barnes
   34 Dunbar Avenue
   Rumford, Rhode Island 02916

3. Sidney Robertson
   34 Dunbar Avenue
   Rumford, Rhode Island 02916

4. Doreen Robertson
   34 Dunbar Avenue
   Rumford, Rhode Island 02916

5. Andrew B. Silverman, DPM
   333 School Street, Suite 209
   Pawtucket, Rhode Island 02860

6. GSA Nareesa Rahaman
   Assigned to the Carnival Victory sailing from Miami, Florida. Scheduled to be transferred on 2/6/16 to the Carnival Conquest sailing from Port Everglades, Florida.

7. GSA Andrea Draker
   Assigned to the Carnival Victory sailing from Miami, Florida. Scheduled to leave on vacation on 3/20/16, returning on 5/16/16 to the Carnival Legend sailing from Seattle, Washington.

8. GSA Kelly Heuvelmans
   Presently on vacation. Scheduled to return on 3/13/16 to the Carnival Sunshine sailing from Port Canaveral, Florida.

9. GSA Jorge Tasayco
   Assigned to the Carnival Magic sailing from Galveston, Texas.

10. Janice Delgado- I Care Representative
    c/o J. Michael Magee, Esq.
    Carnival Cruise Line
    3655 N.W. 87th Avenue
    Miami, Florida 33178

11. Records Custodian of
    Memorial Hospital of Rhode Island
    111 Brewster Street
    Pawtucket, Rhode Island 02860

12. Records Custodian of
    Rhode Island Medical Imaging
    333 School Street, Suite 105
    Pawtucket, Rhode Island 02860

13. The Plaintiff will further identify any additional witnesses that are learned through discovery.

**(B)** **Description of documents and/or tangible things to be used to support defenses:**

1. Plaintiff's ticket/contract for passage (not currently in Plaintiff's possession, but it is attached to Defendant's Initial Disclosure).

2. Shipboard medical records of the Plaintiff generated aboard the CARNIVAL VICTORY (not currently in Plaintiff's possession, but it is attached to Defendant's Initial Disclosure).

3. A-Pass photograph/history of the Plaintiff (not currently in Plaintiff's possession, but it is attached to Defendant's Initial Disclosure).

4. A-Pass photograph/history of Mickeda Barnes (not currently in Plaintiff's possession, but it is attached to Defendant's Initial Disclosure).

5. A-Pass photograph/history of Sidney Robertson (not currently in Plaintiff's possession, but it is attached to Defendant's Initial Disclosure).

6. A-Pass photograph/history of Doreen Robertson (not currently in Plaintiff's possession, but it is attached to Defendant's Initial Disclosure).

7. Sail and Sign record of Plaintiff.

8. Sail and Sign record of Mickeda Barnes.

9. Sail and Sign record of Sidney Robertson.

10. Sail and Sign record of Doreen Robertson.

11. Medical records/bills/documentation reflecting Plaintiff's receipt of health insurance/collateral source benefits.

12. Medical records/documentation reflecting both prior and subsequent medical care and treatment of the Plaintiff.

13. Medical records and imaging studies of the Plaintiff from Andrew B. Silverman, DPM (333 School Street, Suite 209, Pawtucket, Rhode Island 02860).

14. MRI Report/imaging of the Plaintiff from Rhode Island Medical Imaging (333 School Street, Suite 105, Pawtucket, Rhode Island 02860).

(C)  **Computation of damages claimed by the disclosing party:**

No computation of damages is appropriate at this time as Plaintiff is still under active medical treatment for the accident related injuries.

(D)  **Plaintiff references Defendant's Disclosure attachment relative to liability insurance coverage herein.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was served via email and U.S. Mail this 17 day of February, 2016 to: J. Michael Magee, Esq., Carnival Cruise Line, Attorney for Defendant, 3655 N.W. 87 Avenue, Miami, Florida 33178, mmagee@carnival.com, marodriguez@carnival.com.

LAW OFFICES OF ROBERT DIXON
5963 Biscayne Blvd.
Miami, Florida 33137
Tel: (305) 917-1111
Fax: (305) 917-1112
Email: Litigation@FLaccidentattorney.com

By: _____
Frederick Gunion, Jr., Esq.
Florida Bar Number: 173692
rickgunion@gmail.com