UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 16-CV-20033-UNGARO/OTAZO REYES

KENYON E. ROBERTSON,

Plaintiff,

vs.

CARNIVAL CORPORATION,

Defendants.

______________________________/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW, the Plaintiff, KENYON ROBERTSON, through his undersigned counsel hereby advises the Court that the parties have resolved and settled this litigation.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served via email e-mail this 17 day of June, 2016 to: **J. Michael Magee, Esq.**, Carnival Cruise Line, Attorney for Defendant, 3655 N.W. 87 Avenue, Miami, Florida 33178, mmagee@carnival.com, marodriguez@carnival.com.

LAW OFFICES OF ROBERT DIXON
5963 Biscayne Blvd.
Miami, Florida 33137
Tel: (305) 917-1111
Fax: (305) 917-1112
Email: Litigation@FLaccidentattorney.com

By: ______________________
Frederick Gunion, Jr., Esq.
Florida Bar Number: 173692
rickgunion@gmail.com