UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-CV-20033-UNGARO/OTAZO REYES

KENYON E. ROBERTSON,

Plaintiff,

vs.

CARNIVAL CORPORATION,

Defendant.
_______________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Order of this Court and consistent with the Local Rules of the United States District Court for the Southern District of Florida and the Federal Rules of Civil Procedure, the parties advise the Court that: .

**IT IS STIPULATED** by and between the Plaintiffs, KENYON ROBERTSON, and Defendant, CARNIVAL CORPORATION, that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the above parties are hereby dismissed with prejudice, each party to bear its own costs and fees.

DATED this 13th day of February, 2016.

FREDERICK GUNION, JR., ESQ.
Fla. Bar No. 173692
LAW OFFICES OF ROBERT DIXON
Attorney for Plaintiff
5963 Biscayne Boulevard
Miami, Florida 33137
Telephone: (305) 917-1111
Facsimile: (305) 917-1112
Litigation@FLaccidentattorney.com

By_______________________
FREDERICK GUNION, JR., ESQ.
Fla. Bar No. 173692

J. MICHAEL MAGEE, ESQ.
Fla. Bar No. 739642
CARNIVAL CRUISE LINE
Attorney for Defendant
3655 N.W. 87th Avenue
Miami, Florida 33178
Direct Line: (305) 406-5453
Dedicated Judge's Phone (305) 406-5399
(For Judges only)
Legal Asst. Maria Rodriguez (305) 599-2600 x 18026
Tel. No. (305) 599-2600 – Legal Services Dept.
Facsimile: (305) 406-4732
mmagee@carnival.com
marodriguez@carnival.com

By_______________________
J. MICHAEL MAGEE, ESQ.
Fla. Bar No. 739642